UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM MEEKINS,                           :
                                           :
           Plaintiff                       :
                                           :
      v.                                   :   CIVIL NO. 3:CV-06-290
                                           :
JEFFREY BEARD, ET AL.,                     :   (Judge Kosik)
                                           :
           Defendants                      :

**O R D E R**

NOW, THIS 11th DAY OF AUGUST, 2006, IT IS HEREBY ORDERED THAT:

1. Plaintiff's "Motion Requesting Court Order (Assistance)" (Doc. 5) filed on February 27, 2006, is hereby **deemed withdrawn** for failure to file a supporting brief. See M.D. Pa. 7.5.

2. Plaintiff's Motion for Enlargement of Time within which to file his brief in opposition to Defendants' Motion to Dismiss (Doc. 28) is **granted nunc pro tunc**. The opposition briefs submitted by Plaintiff on August 7, 2006 (Docs. 31, 32) are hereby deemed to be timely filed.

3. Plaintiff's Motion for Leave to Serve Documents via the Court's Electronic Filing System (Doc. 8) is **denied**.[1]

                                         s/Edwin M. Kosik
                                         United States District Judge

---

[1] M.D. Pa. Local Rule 5.7 addresses the matter of Service of Documents by Electronic Means. Documents may only be served through the court's transmission facilities by electronic means to the extent and in the manner authorized by the Standing Order regarding ECF policies and Procedures and the ECF User Manual. Transmission of the Notice of Electronic Filing constitutes service of the filed document upon each party in the case who is registered as a Filing User. Any other party or parties shall be served documents according to the Local Rules, the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure. Plaintiff is not a registered ECF user. As such, he is unable to utilize the ECF system for filing/service purposes. Accordingly, his motion will be denied.